THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 2:13-cr-00009-MR-DLH-14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| CHAD KEITH SHULER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Reconsideration of Reduction Pursuant to 18 U.S.C. § 3582 and Amend 782" [Doc. 490].

Upon review of the Defendant's motion, the Court finds no basis in law to reconsider its prior Order.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Reconsideration" [Doc. 490] is **DENIED**.

**IT IS SO ORDERED**.

Signed: November 2, 2015

Martin Reidinger
United States District Judge